B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  RR VALVE INC.                             ,

*Debtor*

Case No.  09-33345-H5-11

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  MAY 2009

Date filed:  ~~XXXXXXXX~~ 06/23/2009  ~~06/20/2006~~

Line of Business:  RESET RELIEF VALVE MFG

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

**/s/ Gerard S Lazzara Jr**

Original Signature of Responsible Party  **SEE ORIGINAL EXECUTION ON NEXT PAGE**

GERARD S LAZZARA JR.

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☑ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12 08)

# UNITED STATES BANKRUPTCY COURT

In re   RR VALVE INC.                         ,          Case No.   09-33345-H5-11
                    *Debtor*

                                                        Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   MAY 2009                          Date filed:   06/20/2009

Line of Business:   RESET RELIEF VALVE MFG           NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF
PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE
ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE,
CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

GERARD S LAZZARA JR.
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☑ | ☐ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☑ | ☐ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☑ | ☐ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 46,978.73 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 69,431.31 |
| Cash on Hand at End of Month | $ | 88,341.02 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 922.32 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 28,069.02 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 46,978.73 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 28,069.02 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 18,909.71 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 18,207.17

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 180,675.42

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                                    1

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?                      1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                                      $ 9,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                                 $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                            $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                                          $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 60,550.55 | $ 34,473.34 | $ -26,077.21 |
| EXPENSES | $ 49,538.97 | $ 48,327.75 | $ 1,211.22 |
| CASH PROFIT | $ 11,011.58 | $ -13,854.41 | $ -24,865.99 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $    108,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:               $    147,737.63

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:          $     -39,737.63

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

12:58 AM

06/20/09

Accrual Basis

# RR Valve, Inc.
## Profit & Loss
### May 2009

|  | May 09 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| Valve/Parts Sales | 34,473.34 |
| **Total Sales** | 34,473.34 |
| **Total Income** | 34,473.34 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Commissions | 1,642.39 |
| Contract Labor | 5,506.49 |
| Freight | 222.15 |
| Purchases | 7,574.77 |
| Shop Supplies | 158.87 |
| **Total Cost of Goods Sold** | 15,104.67 |
| **Total COGS** | 15,104.67 |
| **Gross Profit** | 19,368.67 |
| **Expense** | |
| **Advertising** | |
| Trade Show | 6,365.00 |
| Web | 177.50 |
| **Total Advertising** | 6,542.50 |
| Automobile Expense | 348.52 |
| Bank Service Charges | 160.46 |
| Customer Relations | 46.03 |
| Engineering Design & Drawings | 575.00 |
| **Interest Expense** | |
| Finance Charge | 21.79 |
| **Total Interest Expense** | 21.79 |
| Miscellaneous | 62.99 |
| Office Supplies | 351.62 |
| **Payroll Expenses** | |
| Contract Labor | 8,169.40 |
| **Total Payroll Expenses** | 8,169.40 |
| Postage and Delivery | 93.00 |
| **Professional Fees** | |
| Accounting | 2,330.00 |
| Legal Fees | 12,144.54 |
| **Total Professional Fees** | 14,474.54 |
| Rent | 12,135.46 |
| **Repairs** | |
| Equipment Repairs | 2,470.00 |
| **Total Repairs** | 2,470.00 |
| Telephone | 1,215.14 |
| **Travel & Ent** | |
| Meals | 113.29 |
| Travel | 261.00 |
| **Total Travel & Ent** | 374.29 |

12:58 AM

06/20/09

Accrual Basis

# RR Valve, Inc.
## Profit & Loss
### May 2009

|  | May 09 |
|---|---|
| **Utilities** |  |
| Gas and Electric | 1,287 .01 |
| **Total Utilities** | 1,287 .01 |
| **Total Expense** | 48,327 .75 |
| **Net Ordinary Income** | -28,959 .08 |
| **Net Income** | -28,959 .08 |

12:59 AM

06/20/09

Accrual Basis

# RR Valve, Inc.
# Balance Sheet
### As of May 31, 2009

|  | May 31, 09 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Petty Cash | 922.32 |
| BOH Holding Acct | 981.43 |
| Bank of Houston | 69,450.35 |
| BOH Deposit Acct | 16,986.92 |
| **Total Checking/Savings** | 88,341.02 |
| **Accounts Receivable** | |
| Accounts Receivable | 180,675.42 |
| **Total Accounts Receivable** | 180,675.42 |
| **Other Current Assets** | |
| N/R Bailey | 2,800.00 |
| N/R RR Racing & Sports | 18,856.64 |
| N/R Galleria Lazaara | 59,960.16 |
| N/R Company B | 300.00 |
| N/R Natl Ordnance | -101.08 |
| Fed Tax Deposit | 25,000.00 |
| Sales Tax Refund | 7.12 |
| Inventory Asset | 389,643.53 |
| N/R R&R Pump | 1,138,493.95 |
| Undeposited Funds | 102.39 |
| **Total Other Current Assets** | 1,635,062.71 |
| **Total Current Assets** | 1,904,079.15 |
| **Fixed Assets** | |
| 08 Lexus LX 570 | 87,720.02 |
| Art | 2,400.00 |
| 97 Toyota | 10,000.00 |
| Trailer | 2,500.00 |
| Tooling/Molds | 67,133.68 |
| Computers/Software | 20,862.32 |
| Equipment, Office | 8,480.38 |
| Equipment, Warehouse | 24,416.61 |
| Furniture & Fixtures | 10,897.85 |
| Leasehold Improvement | 675.00 |
| **Accumulated Depreciation** | |
| Other | -2,230.00 |
| Computers/Software | -15,018.00 |
| Equipment, Warehouse | -21,301.00 |
| Tooling | -51,054.00 |
| Equipment, Office | -2,703.00 |
| FF&E | -10,010.00 |
| Vehicles | -6,480.00 |
| **Total Accumulated Depreciation** | -108,796.00 |
| **Total Fixed Assets** | 126,289.86 |
| **Other Assets** | |
| **Investments** | |
| R & R Pump Inc. | 1,000.00 |
| **Total Investments** | 1,000.00 |
| **Deposits** | 8,995.84 |
| **Total Other Assets** | 9,995.84 |
| **TOTAL ASSETS** | 2,040,364.85 |

12:59 AM

06/20/09

Accrual Basis

# RR Valve, Inc.
# Balance Sheet
### As of May 31, 2009

|  | May 31, 09 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 291,118.84 |
| **Total Accounts Payable** | 291,118.84 |
| **Credit Cards** | |
| Southwest 3194/8473 | 74.25 |
| Valero 7849 | 61.13 |
| Office Depot | 742.54 |
| Home Depot | 178.47 |
| **Total Credit Cards** | 1,056.39 |
| **Other Current Liabilities** | |
| N/P T Bailey | 27,000.00 |
| Child Support | -240.00 |
| Federal Tax Payable | 51,268.00 |
| Sales Tax Payable | 10.01 |
| **Accrued Expenses** | |
| Bonus Accrual | 325,000.00 |
| **Total Accrued Expenses** | 325,000.00 |
| Contract Tax | 6,032.16 |
| **Total Other Current Liabilities** | 409,070.17 |
| **Total Current Liabilities** | 701,245.40 |
| **Total Liabilities** | 701,245.40 |
| **Equity** | |
| Treasury Stock | -25,000.00 |
| Dividends | -90,458.93 |
| Capital Stock | 1,000.00 |
| Retained Earnings | 1,411,406.80 |
| Net Income | 42,171.58 |
| **Total Equity** | 1,339,119.45 |
| **TOTAL LIABILITIES & EQUITY** | 2,040,364.85 |

1:03 AM

06/20/09

Cash Basis

## RR Valve, Inc.
## Custom Transaction Detail Report
### May 2009

| Type | Date | Num | Name | Original Amount | Paid Amount |
|------|------|-----|------|-----------------|-------------|
| **May 09** | | | | | |
| Invoice | 5/1/2009 | 3214 | Republic Brass Sal... | 1,068.36 | 1,068.36 |
| Invoice | 5/1/2009 | 3214 | Republic Brass Sal... | 1,800.00 | 1,800.00 |
| Invoice | 5/7/2009 | 3191 | LFF Scotland | 211.22 | 186.22 |
| Invoice | 5/20/2009 | 3204 | Shell Offshore Inc. | 10,297.28 | 10,297.28 |
| Invoice | 5/20/2009 | 3204 | Shell Offshore Inc. | 324.00 | 324.00 |
| Invoice | 5/20/2009 | 3204 | Shell Offshore Inc. | 50.72 | 50.72 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 5,148.64 | 5,148.64 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 14.12 | 14.12 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 60.10 | 60.10 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 1.08 | 1.08 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 99.70 | 99.70 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 324.00 | 324.00 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 392.00 | 392.00 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | 35.23 | 35.23 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | 88.00 | 2.58 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | 249.99 | 7.34 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -88.00 | -7.34 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -88.00 | -55.06 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -88.00 | -2.58 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -88.00 | -23.02 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | 784.00 | 23.02 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | 1,875.34 | 55.06 |
| **May 09** | | | | | **19,801.45** |

| Type | Date | Num | Memo | Clr | Split | Amount |
|------|------|-----|------|-----|-------|--------|
| **Tamara Bailey** | | | | | | |
| General Journal | 5/5/2009 | TJB0... | Loan to company | | N/P T Bailey | 15,000.00 |
| General Journal | 5/8/2009 | TJB0... | Loan to company | | N/P T Bailey | 12,000.00 |
| Total Tamara Bailey | | | | | | 27,000.00 |
| **TOTAL** | | | | | | **27,000.00** |

*Neatco refund 74.89*

*Check from Charter Supply 102.39*
*in undeposited Funds*
*(Recd. but not deposited)*

*$46,978.73*

*Exhibit B — Income*

1:36 AM
06/20/09
Cash Basis

# RR Valve, Inc.
## Transaction Detail By Account
### May 2009

| Type | Date | Num | Name | Paid Amount | Balance |
|---|---|---|---|---|---|
| **Contract Labor** | | | | | |
| Bill | 5/3/2009 | 301 | Murillo, Victor | -120.41 | -120.41 |
| Bill | 5/3/2009 | 201 | Murillo, Felix | -133.46 | -253.87 |
| Credit | 5/3/2009 | 0503... | Murillo, Victor | 120.41 | -133.46 |
| Bill | 5/6/2009 | 300 | Murillo, Victor | -429.88 | -563.34 |
| Bill | 5/6/2009 | 200 | Murillo, Felix | -598.10 | -1,161.44 |
| Bill | 5/8/2009 | 301 | Murillo, Victor | -548.51 | -1,709.95 |
| Bill | 5/8/2009 | 201 | Murillo, Felix | -608.00 | -2,317.95 |
| **Total Contract Labor** | | | | -2,317.95 | -2,317.95 |
| **Purchases** | | | | | |
| Invoice | 5/11/2009 | 3214 | Republic Brass Sal... | -186.50 | -186.50 |
| Invoice | 5/7/2009 | 3191 | LFF Scotland | -45.85 | 232.35 |
| Invoice | 5/20/2009 | 3204 | Shell Offshore Inc. | -2,566.76 | -2,799.11 |
| Invoice | 5/20/2009 | 3204 | Shell Offshore Inc. | -83.71 | -2,882.82 |
| Invoice | 5/22/2009 | 3713 | Rowan Companies,... | -1,283.41 | -4,166.23 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | -2.76 | -4,168.99 |
| Invoice | 5/27/2009 | 3213 | Rowan Companies,... | -10.80 | -4,179.79 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | -0.23 | -4,180.02 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | -24.98 | -4,205.00 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | -83.72 | -4,288.72 |
| Invoice | 5/22/2009 | 3213 | Rowan Companies,... | -97.70 | -4,386.42 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -0.90 | -4,387.32 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | 0.00 | -4,387.32 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -5.74 | -4,393.06 |
| Invoice | 5/28/2009 | 3225 | Seadrill Managme... | -9.92 | -4,402.98 |
| **Total Purchases** | | | | -4,402.98 | -4,402.98 |
| **Total Cost of Goods Sold** | | | | -8,363.32 | -8,363.32 |

*Exhibit C- Expenses*

1:36 AM

06/20/09

Cash Basis

# RR Valve, Inc.
## Transaction Detail By Account
### May 2009

| Type | Date | Num | Name | Paid Amount | Balance |
|---|---|---|---|---|---|
| **Advertising** | | | | | |
| **Trade Show** | | | | | |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -37.17 | -37.17 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -76.00 | -113.17 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -276.03 | -389.20 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -12.50 | -401.70 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -14.05 | -415.75 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -11.89 | -427.64 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -15.10 | -442.74 |
| Bill | 5/8/2009 | 0426... | Reuter Marketing | -1.60 | -444.34 |
| General Journal | 5/8/2009 | TJB0... | Dees Rug Service | -250.00 | -694.34 |
| **Total Trade Show** | | | | -694.34 | -694.34 |
| **Total Advertising** | | | | -694.34 | -694.34 |
| **Automobile Expense** | | | | | |
| Credit Card Charge | 5/3/2009 | | Xm | -18.92 | -18.92 |
| Credit Card Charge | 5/3/2009 | | Xm | -154.20 | -173.12 |
| Credit Card Charge | 5/9/2009 | | Gas Receipts | -34.61 | -207.73 |
| Credit Card Charge | 5/9/2009 | | Gas Receipts | -21.56 | -229.29 |
| Credit Card Charge | 5/10/2009 | | Gas Receipts | -4.49 | -233.78 |
| Credit Card Charge | 5/10/2009 | | Gas Receipts | -32.93 | -266.71 |
| Check | 5/14/2009 | 2302 | Twin Power | -50.00 | -316.71 |
| Credit Card Charge | 5/17/2009 | | Gas Receipts | -31.81 | -348.52 |
| **Total Automobile Expense** | | | | -348.52 | -348.52 |
| **Bank Service Charges** | | | | | |
| Credit Card Charge | 5/6/2009 | | Chase | -39.00 | -39.00 |
| Credit Card Charge | 5/6/2009 | | | 38.00 | -77.00 |
| Check | 5/15/2009 | | | -5.40 | -82.40 |
| Credit Card Charge | 5/21/2009 | | DSRM National Bank | -15.00 | -97.40 |
| Credit Card Charge | 5/21/2009 | | DSRM National Bank | -0.50 | -97.90 |
| Credit Card Charge | 5/30/2009 | | Office Depot | -39.00 | -136.90 |
| General Journal | 5/31/2009 | TJB0... | | -10.00 | -146.90 |
| Check | 5/31/2009 | | | -13.56 | -160.46 |
| **Total Bank Service Charges** | | | | -160.46 | -160.46 |

1:36 AM
06/20/09
Cash Basis

# RR Valve, Inc.
## Transaction Detail By Account
### May 2009

| Type | Date | Num | Name | Paid Amount | Balance |
|---|---|---|---|---|---|
| **Interest Expense** | | | | | |
| **Finance Charge** | | | | | |
| Credit Card Charge | 5/16/2009 | | | -21.79 | -21.79 |
| **Total Finance Charge** | | | | -21.79 | -21.79 |
| **Total Interest Expense** | | | | -21.79 | -21.79 |
| **Miscellaneous** | | | | | |
| Credit Card Charge | 5/4/2009 | | Chase | -7.99 | -7.99 |
| Credit Card Charge | 5/5/2009 | | Start Fresh Today | -30.00 | -37.99 |
| **Total Miscellaneous** | | | | -37.99 | -37.99 |
| **Office Supplies** | | | | | |
| Check | 5/1/2009 | | Blinds.com | -185.37 | -185.37 |
| Credit Card Charge | 5/17/2009 | | Office Depot | -56.97 | -242.34 |
| **Total Office Supplies** | | | | -242.34 | -242.34 |
| **Payroll Expenses** | | | | | |
| **Contract Labor** | | | | | |
| Bill | 5/3/2009 | 101 | Elizondo, Nora | -134.22 | -134.22 |
| Credit | 5/3/2009 | 0503... | Elizondo, Nora | 134.22 | 0.00 |
| Bill | 5/3/2009 | 1116 | Reuter Marketing | -173.08 | -173.08 |
| Bill | 5/6/2009 | 1115 | Reuter Marketing | -615.38 | -788.46 |
| Bill | 5/6/2009 | 100 | Elizondo, Nora | -644.45 | -1,432.91 |
| Bill | 5/6/2009 | 1116 | Reuter Marketing | -732.06 | -2,164.97 |
| Bill | 5/8/2009 | 1115 | Reuter Marketing | -173.08 | -2,338.05 |
| Bill | 5/8/2009 | 101 | Elizondo, Nora | -611.43 | -2,949.48 |
| **Total Contract Labor** | | | | -2,949.48 | -2,949.48 |
| **Total Payroll Expenses** | | | | -2,949.48 | -2,949.48 |
| **Professional Fees** | | | | | |
| **Legal Fees** | | | | | |
| General Journal | 5/13/2009 | TJB0... | John H Bennett, Atty | -7,000.00 | -7,000.00 |
| General Journal | 5/13/2009 | TJB0... | John H Bennett, Atty | -2,000.00 | -9,000.00 |
| **Total Legal Fees** | | | | -9,000.00 | -9,000.00 |
| **Total Professional Fees** | | | | -9,000.00 | -9,000.00 |

1:36 AM

06/20/09

Cash Basis

# RR Valve, Inc.
## Transaction Detail By Account
### May 2009

| Type | Date | Num | Name | Paid Amount | Balance |
|---|---|---|---|---|---|
| **Rent** | | | | | |
| Check | 5/1/2009 | 3998 | AFS NW Business P… | 0.00 | 0.00 |
| General Journal | 5/1/2009 | TJB0… | AFS NW Business P… | -6,035.84 | -6,035.84 |
| **Total Rent** | | | | -6,035.84 | -6,035.84 |
| **Telephone** | | | | | |
| Check | 5/5/2009 | | Vonage | -14.27 | -14.27 |
| **Total Telephone** | | | | -14.27 | -14.27 |
| **Travel & Ent** | | | | | |
| **Meals** | | | | | |
| Check | 5/1/2009 | | Restaurant | -28.09 | -28.09 |
| Check | 5/4/2009 | | Restaurant | -57.94 | -86.03 |
| **Total Meals** | | | | -86.03 | 86.03 |
| **Travel** | | | | | |
| Bill | 5/8/2009 | 0426… | Reuter Marketing | -114.64 | -114.64 |
| **Total Travel** | | | | -114.64 | -114.64 |
| **Total Travel & Ent** | | | | -200.67 | -200.67 |
| **TOTAL** | | | | 780&6.02 | 38069.02 |

1:44 AM

06/20/09

# RR Valve, Inc.
## Vendor Balance Detail
### As of May 31, 2009

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|
| **AFS NW Business Park, LP** | | | | | -1,743.81 |
| Bill | 5/31/2009 | 0601 | Accounts Payable | 6,099.62 | 4,355.81 |
| Total AFS NW Business Park, LP | | | | 6,099.62 | 4,355.81 |
| **Andrew G. Shebay, III PC** | | | | | 11,949.98 |
| Total Andrew G. Shebay, III PC | | | | | 11,949.98 |
| **AT&T Mobility** | | | | | 569.49 |
| Total AT&T Mobility | | | | | 569.49 |
| **Bass Tool** | | | | | 106.34 |
| Total Bass Tool | | | | | 106.34 |
| **BCC Business Services** | | | | | 2,196.43 |
| Bill | 5/15/2009 | 2425 | Accounts Payable | 897.40 | 3,093.83 |
| Total BCC Business Services | | | | 897.40 | 3,093.83 |
| **Blatt Pattern** | | | | | 8,949.48 |
| Total Blatt Pattern | | | | | 8,949.48 |
| **Blue Chip Machine** | | | | | 37,838.80 |
| Bill | 5/15/2009 | 33136 | Accounts Payable | 1,863.56 | 39,702.36 |
| Total Blue Chip Machine | | | | 1,863.56 | 39,702.36 |
| **CBeyond** | | | | | 617.02 |
| Total CBeyond | | | | | 617.02 |
| **Daniel Lemkuil** | | | | | 5,484.04 |
| Total Daniel Lemkuil | | | | | 5,484.04 |
| **Dees Rug Service** | | | | | 50.00 |
| Total Dees Rug Service | | | | | 50.00 |
| **Direct Energy 2211** | | | | | 545.08 |
| Total Direct Energy 2211 | | | | | 545.08 |
| **Direct Energy 5325** | | | | | 1,083.32 |
| Total Direct Energy 5325 | | | | | 1,083.32 |
| **Dualco** | | | | | -12.58 |
| Total Dualco | | | | | -12.58 |
| **Edward Lewis, Atty** | | | | | 2,926.50 |
| Total Edward Lewis, Atty | | | | | 2,926.50 |
| **Elizondo, Nora** | | | | | 638.71 |
| Bill | 5/17/2009 | 103 | Accounts Payable | 832.10 | 1,470.81 |
| Credit | 5/17/2009 | 051709TX | Accounts Payable | -149.78 | 1,321.03 |
| Bill | 5/24/2009 | 104 | Accounts Payable | 829.80 | 2,150.83 |
| Credit | 5/24/2009 | 052409TX | Accounts Payable | -149.36 | 2,001.47 |
| Bill | 5/31/2009 | 105 | Accounts Payable | 805.50 | 2,806.97 |
| Credit | 5/31/2009 | 053109TX | Accounts Payable | -144.99 | 2,661.98 |
| Total Elizondo, Nora | | | | 2,023.27 | 2,661.98 |
| **Ernest Cox** | | | | | 39,250.00 |
| Total Ernest Cox | | | | | 39,250.00 |

*Exhibit D — Unpaid Bills*

1:44 AM

06/20/09

# RR Valve, Inc.
## Vendor Balance Detail
### As of May 31, 2009

| Type | Date | Num | Account | Amount | Balance |
|------|------|-----|---------|--------|---------|
| **Freeman** | | | | | 3,470.35 |
| Bill | 5/20/2009 | 152459-1523 | Accounts Payable | 319.65 | 3,790.00 |
| Total Freeman | | | | 319.65 | 3,790.00 |
| **Gerard  S Lazzara Jr.** | | | | | 5,200.00 |
| Total Gerard  S Lazzara Jr. | | | | | 5,200.00 |
| **Internet America** | | | | | 110.50 |
| Total Internet America | | | | | 110.50 |
| **Martin Fluid Power** | | | | | -54.28 |
| Total Martin Fluid Power | | | | | -54.28 |
| **Mena Designs** | | | | | 177.50 |
| Total Mena Designs | | | | | 177.50 |
| **Murillo, Felix** | | | | | 492.00 |
| Bill | 5/17/2009 | 203 | Accounts Payable | 696.84 | 1,188.84 |
| Credit | 5/17/2009 | 051709TX | Accounts Payable | -125.43 | 1,063.41 |
| Bill | 5/24/2009 | 204 | Accounts Payable | 680.04 | 1,743.45 |
| Credit | 5/24/2009 | 052409TX | Accounts Payable | -122.41 | 1,621.04 |
| Bill | 5/31/2009 | 205 | Accounts Payable | 661.72 | 2,282.76 |
| Credit | 5/31/2009 | 053109TX | Accounts Payable | -119.11 | 2,163.65 |
| Total Murillo, Felix | | | | 1,671.65 | 2,163.65 |
| **Murillo, Victor** | | | | | 452.64 |
| Bill | 5/17/2009 | 303 | Accounts Payable | 464.80 | 917.44 |
| Credit | 5/17/2009 | 051709TX | Accounts Payable | -83.66 | 833.78 |
| Bill | 5/24/2009 | 304 | Accounts Payable | 453.75 | 1,287.53 |
| Credit | 5/24/2009 | 052409TX | Accounts Payable | -81.68 | 1,205.85 |
| Bill | 5/31/2009 | 305 | Accounts Payable | 453.75 | 1,659.60 |
| Credit | 5/31/2009 | 053109TX | Accounts Payable | -81.68 | 1,577.92 |
| Total Murillo, Victor | | | | 1,125.28 | 1,577.92 |
| **Office Depot** | | | | | 665.54 |
| Total Office Depot | | | | | 665.54 |
| **Paczer Machine Inc.** | | | | | 1,000.00 |
| Total Paczer Machine Inc. | | | | | 1,000.00 |
| **Palletized Trucking Inc.** | | | | | 2,484.75 |
| Bill | 5/14/2009 | 588752 | Accounts Payable | 2,000.00 | 4,484.75 |
| Total Palletized Trucking Inc. | | | | 2,000.00 | 4,484.75 |
| **Pondhop** | | | | | 2,470.00 |
| Total Pondhop | | | | | 2,470.00 |
| **Precision Fluorocarbon Inc.** | | | | | 1,080.00 |
| Total Precision Fluorocarbon Inc. | | | | | 1,080.00 |
| **Pure Castings Co.** | | | | | 2,825.05 |
| Total Pure Castings Co. | | | | | 2,825.05 |

1:44 AM

06/20/09

# RR Valve, Inc.
## Vendor Balance Detail
### As of May 31, 2009

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|
| **Reuter Marketing** | | | | | |
| | | | | | 615.38 |
| Bill | 5/17/2009 | 1118 | Accounts Payable | 1,025.57 | 1,640.95 |
| Credit | 5/17/2009 | 051709TX | Accounts Payable | -173.08 | 1,467.87 |
| Bill | 5/24/2009 | 1119 | Accounts Payable | 961.54 | 2,429.41 |
| Credit | 5/24/2009 | 052409TX | Accounts Payable | -173.08 | 2,256.33 |
| Bill | 5/24/2009 | 052409RE | Accounts Payable | 21.59 | 2,277.92 |
| Bill | 5/31/2009 | 1120 | Accounts Payable | 961.54 | 3,239.46 |
| Bill | 5/31/2009 | 053109RE | Accounts Payable | 24.44 | 3,263.90 |
| Bill | 5/31/2009 | 053109RE- | Accounts Payable | 27.26 | 3,291.16 |
| Total Reuter Marketing | | | | 2,675.78 y | 3,291.16 |
| **Ron Varnell Creative** | | | | | |
| | | | | | 325.00 |
| Total Ron Varnell Creative | | | | | 325.00 |
| **Te-Co** | | | | | |
| | | | | | 0.00 |
| Bill | 5/26/2009 | 431419 | Accounts Payable | 583.61 | 583.61 |
| Total Te-Co | | | | 583.61 | 583.61 |
| **TWSCO** | | | | | |
| | | | | | 77.34 |
| Bill | 5/31/2009 | RI29051770 | Accounts Payable | 79.72 | 157.06 |
| Total TWSCO | | | | 79.72 | 157.06 |
| **United States Treasury** | | | | | |
| | | | | | 139,479.00 |
| Total United States Treasury | | | | | 139,479.00 |
| **UPS** | | | | | |
| | | | | | 323.77 |
| Bill | 5/16/2009 | A139Y8209 | Accounts Payable | 46.42 | 370.19 |
| Total UPS | | | | 46.42 | 370.19 |
| **Waste Management** | | | | | |
| | | | | | 89.54 |
| Total Waste Management | | | | | 89.54 |
| **TOTAL** | | | | 19,385.96 | 291,118.84 |

Contract Tax payable                    +  713.11

Paletized Trucking (Pre Filing)         - 2000.00

Sw (Chase) Card.        (Interest) 5/16/09      21.79

Valero Card             (Gas) 5/14/09           31.81

Office Depot            (Fin. Chg.)             39.00

Valero Card             (Fin. Chg.) 5/21/09     15.50

                                        $ 18,207.17

2:55 AM

06/20/09

# RR Valve, Inc.
## Customer Balance Summary
### As of May 31, 2009

|  | May 31, 09 |
|---|---|
| A.I. Planning, Inc. | 85.89 |
| Colonial Hardware | 1,896.00 |
| LFF Scotland | 25.00 |
| Seadrill Managment (S) Pte Ltd | 6,010.23 |
| Premium Drilling Inc. | 12,940.08 |
| Energy Equipment Services PTE LTD | 476.82 |
| Axxis Drilling | 4,403.58 |
| Southern Specialty & Supply | 15,206.28 |
| Ensco |  |
|    Rig 93 | 15,550.30 |
|    Rig 105 | 512.97 |
|    Ensco - Other | 161.14 |
| Total Ensco | 16,224.41 |
| LeTourneau Technologies Drilling Systems | 60,448.16 |
| P.E.I. | 2,486.12 |
| Parker Drilling |  |
|    Rig 77B | 8,849.10 |
|    Parker Drilling - Other | 33,735.09 |
| Total Parker Drilling | 42,584.19 |
| Rowan Companies, Inc. | -6,231.17 |
| TransOcean | 24,119.83 |
| TOTAL | 180,675.42 |

*Exhibit E - Receivables*

**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | | | |
|---|---|---|---|
| CASE NAME: | RR Valve Inc. | PETITION DATE: | 2009-05-14 00 00 |
| CASE NUMBER: | 09-33345-H5-11 | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | | DIVISION: | Houston |

## *MONTHLY OPERATING REPORT SUMMARY FOR MONTH OF MAY*          *2009*

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 19,801.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -4,155.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -4,155.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 28,069.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**CIRCLE ONE**

| REQUIRED INSURANCE MAINTAINED | | | |
|---|---|---|---|
| AS OF SIGNATURE DATE | | EXP. | |
| | | DATE | |
| CASUALTY | YES X | 06/15/2010 | |
| LIABILITY | YES X | 07/01/2010 | |
| VEHICLE | YES X | Monthly | |
| WORKER'S | YES ( ) NO ( ) | ___-___-___ | |
| OTHER | YES ( ) NO ( ) | ___-___-___ | |

Are all accounts receivable being collected within terms?     **Yes   No X**
Are all post-petition liabilities, including taxes, being paid within terms?     **Yes   No X**
Have any pre-petition liabilities been paid?     **Yes   No X**
 If so, describe
Are all funds received being deposited into DIP bank accounts?     **Yes X No**
Were any assets disposed of outside the normal course of business?     **Yes   No X**
 If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?     **Yes   X   No**
What is the status of your Plan of Reorganization?     In process of formulation

| | |
|---|---|
| ATTORNEY NAME: | John H Bennett, Jr. |
| FIRM NAME: | John H Bennett Jr., P.C. |
| ADDRESS: | 2777 Allen Pkwy Ste 1000 |
| CITY, STATE, ZIP: | Houston, TX  77019-2141 |
| TELEPHONE/FAX: | (713) 650-8222 |

*I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.*

**SIGNED X /s/ G.S. Lazzara TITLE: President** *

*(ORIGINAL SIGNATURE)*

G.S. LAZZARA                                            6/19/2009

*(PRINT NAME OF SIGNATORY)          DATE     Revised 07/01/98*

**MOR-1**

**\* See original execution copy, next page.**

**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

CASE NAME:   RR Valve Inc.

CASE NUMBER:   09-33345-H5-11

PROPOSED PLAN DATE:

PETITION DATE:   5/14/2009 0:00

DISTRICT OF TEXAS: Houston

DIVISION:

## MONTHLY OPERATING REPORT SUMMARY   FOR MONTH          YEAR

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 19,801.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -4,155.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -4,155.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 28,069.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | | |
|---|---|---|---|
| AS OF SIGNATURE DATE | | EXP. | |
| | | DATE | |
| CASUALTY | YES (✓) NO ( ) | 6-15-10 | |
| LIABILITY | YES (✓) NO ( ) | 7-1-10 | |
| VEHICLE | YES (✓) NO ( ) | monthly | |
| WORKER'S | YES ( ) NO ( ) | -  -  | |
| OTHER | YES ( ) NO ( ) | -  -  | |

CIRCLE ONE

Are all accounts receivable being collected within terms?   Yes  (No)

Are all post-petition liabilities, including taxes, being paid within terms?  Yes  (No)

Have any pre-petition liabilities been paid?   Yes  (No)

If so, describe

Are all funds received being deposited into DIP bank accounts?   Yes  (No)

Were any assets disposed of outside the normal course of business?   Yes  (No)

If so, describe

Are all U.S. Trustee Quarterly Fee Payments current?   (Yes)  No

What is the status of your Plan of Reorganization?

ATTORNEY NAME: John H Bennett, Jr.

FIRM NAME:   John H Bennett Jr., P.C.

ADDRESS:   2777 Allen Pkwy Ste 1000

CITY, STATE, ZIP: Houston, TX 77019-2141

TELEPHONE/FAX (713) 650-8222

**MOR-1**

I certify under penalty of perjury that the following complete

Monthly Operating Report (MOR), consisting of MOR-1 through

MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: President

(ORIGINAL SIGNATURE)

G S. LHZZARH

(PRINT NAME OF SIGNATORY)

6/19/09

DATE

Revised 07/01/98

**CASE NAME:** RR Valve, Inc.
**CASE NUMBER:** 09-33361-H1-11

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 2009-05-14 00 00 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 71,725.50 | 88,943.41 | | | | | |
| Accounts Receivable, Net | 163,990.71 | 180,675.42 | | | | | |
| Inventory: Lower of Cost or Market | 395,140.19 | 389,643.53 | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | 1,220,316.79 | 1,220,316.79 | | | | | |
| TOTAL CURRENT ASSETS | 1,851,173.19 | 1,879,579.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 235,085.86 | 235,085.86 | | | | | |
| Less Accumulated Depreciation | 108,796.00 | 108,796.00 | | | | | |
| NET BOOK VALUE OF PP & E | 126,289.86 | 126,289.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | 25,000.00 | 25,000.00 | | | | | |
| 2. Investments in Subsidiaries | 1,000.00 | 1,000.00 | | | | | |
| 3. Electric Deposit | 8,995.84 | 8,995.84 | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $2,012,458.89 | $2,040,864.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 07/01/98*

**CASE NAME:** RR Valve Inc.
**CASE NUMBER:** 09-33345-H5-11

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 18,207.17 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 27,000.00 | 27,000.00 | | | | | |
| Priority Debt | 10.01 | 10.01 | | | | | |
| Federal Income Tax | 190,747.00 | 190,747.00 | | | | | |
| FICA/Withholding | 5,319.05 | 5,319.05 | | | | | |
| Unsecured Debt | 134,962.17 | 134,962.17 | | | | | |
| Other | 325,000.00 | 325,000.00 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 683,038.23 | 683,038.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 683,038.23 | 701,245.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 1,328,420.66 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 1,338,619.45 | -4,155.17 | -4,155.17 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,329,420.66 | 1,339,619.45 | -4,155.17 | -4,155.17 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,012,458.89 | $2,040,864.85 | ($4,155.17) | ($4,155.17) | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

CASE NAME:    RR Valve, Inc.
CASE NUMBER: 09-03345-H5-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 3,898.46 | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 713.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | |
| 1. Contract Labor | 7,495.98 | | | | | |
| 2. AFS NW - Rent | 6,099.62 | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $18,207.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

*Revised 07/01/98*

**CASE NAME:**  RR Valve Inc.

**CASE NUMBER:** 09-33345-H5-11

### AGING OF POST-PETITION LIABILITIES
### MONTH  MAY 2009

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 18,207.17 | 17,494.06 | 713.11 | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $18,207.17 | $17,494.06 | $713.11 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | May 2009 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 145,306.06 | | | | | |
| 31-60 DAYS | 34,910.71 | | | | | |
| 61-90 DAYS | 0.05 | | | | | |
| 91+ DAYS | 458.60 | | | | | |
| TOTAL | $180,675.42 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

## STATEMENT OF INCOME (LOSS)

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES   (MOR-1) | 19,801.45 | | | | | | 19,801.45 |
| TOTAL COST OF REVENUES | 8,363.32 | | | | | | 8,363.32 |
| GROSS PROFIT | 11,438.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,438.13 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | 694.34 | | | | | | 694.34 |
| General & Administrative | 0.00 | | | | | | 0.00 |
| Insiders Compensation | 2,949.48 | | | | | | 2,949.48 |
| Professional Fees | 9,000.00 | | | | | | 9,000.00 |
| Other          Contract Labor | 2,949.48 | | | | | | 2,949.48 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 15,593.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,593.30 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -4,155.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4,155.17 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -4,155.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4,155.17 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS)  (MOR-1) | ($4,155.17) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($4,155.17) |

Accrual Accounting Required, Otherwise Footnote with Explanation.

*  Footnote Mandatory.

* * Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

**MOR-6**

*Revised 07/01/98*

CASE NAME: RR Valve, Inc.
CASE NUMBER: 09-33345-H5-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $69,431.31 | $88,341.02 | $88,341.02 | $88,341.02 | $88,341.02 | $88,341.02 | $69,431.31 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 19,903.84 | | | | | | 19,903.84 |
| 4. LOANS & ADVANCES (attach list) | 27,000.00 | | | | | | 27,000.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 74.89 | | | | | | 74.89 |
| TOTAL RECEIPTS** | 46,978.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,978.73 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 5,267.43 | | | | | | 5,267.43 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 6,035.84 | | | | | | 6,035.84 |
| 11. UTILITIES & TELEPHONE | 14.27 | | | | | | 14.27 |
| 12. INSURANCE | 0.00 | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | 4,402.98 | | | | | | 4,402.98 |
| 14. VEHICLE EXPENSES | 348.52 | | | | | | 348.52 |
| 15. TRAVEL & ENTERTAINMENT | 200.67 | | | | | | 200.67 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 280.33 | | | | | | 280.33 |
| 17. ADMINISTRATIVE & SELLING | 2,518.98 | | | | | | 2,518.98 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 19,069.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,069.02 |
| 19. PROFESSIONAL FEES | 9,000.00 | | | | | | 9,000.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 28,069.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28,069.02 |
| 22. NET CASH FLOW | 18,909.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,909.71 |
| 23. CASH - END OF MONTH (MOR-2) | $88,341.02 | $88,341.02 | $88,341.02 | $88,341.02 | $88,341.02 | $88,341.02 | $88,341.02 |

**MOR-7**

*Revised 07/01/98*

28069.02          515.63
177.28

CASE NAME:  RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

# CASH ACCOUNT RECONCILIATION
# MONTH OF MAY 2009

| BANK NAME | Bank of Houston | Bank of Houston | Petty Cash | Bank of Houston | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *Deposit Acct* | *TAX* | *MMA* | *TOTAL* |
| BANK BALANCE | 69,994.37 | 16,986.92 | | 981.43 | $87,962.72 |
| DEPOSITS IN TRANSIT | 74.89 | | | | $74.89 |
| OUTSTANDING CHECKS | 618.91 | | | | $618.91 |
| ADJUSTED BANK BALANCE | $69,450.35 | $16,986.92 | $0.00 | $981.43 | $87,418.70 |
| BEGINNING CASH - PER BOOKS | 68,522.51 | 67.39 | -150.02 | 991.43 | $69,431.31 |
| RECEIPTS* | 3,045.64 | 16,933.09 | 27,000.00 | | $46,978.73 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR  CONTRIBUTION BY INDIVIDUAL       DEBTOR   MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 2,117.80 | 13.56 | 25,927.66 | 10.00 | $28,069.02 |
| ENDING CASH - PER BOOKS | $69,450.35 | $16,986.92 | $922.32 | $981.43 | $88,341.02 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:**  RR Valve Inc.

**CASE NUMBER:**  09-33345-H5-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/COMP  TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.  John H Bennett Jr. * | 9,000.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS    (MOR-1) | $9,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**                                                                                        *Revised 07/01/98*
**\* Payment made prepetition.**