MOR-1

# UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| CASE NAME: | RR Valve Inc. |
| CASE NUMBER: | 09-33345-H5-11 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 5/14/2009 0:00 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH JULY 2009

| MONTH | May-09 Amended | Jun-09 Amended | Jul-09 Amended |
|---|---|---|---|
| REVENUES (MOR-6) | 34,473.34 | 130,156.34 | 87,441.04 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -52,609.48 | -183,289.46 | 5,171.55 |
| NET INCOME (LOSS) (MOR-6) | -52,609.48 | -183,526.17 | 4,938.98 |
| PAYMENTS TO INSIDERS (MOR-9) | 27,642.39 | 21,448.45 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 9,000.00 | 3,730.53 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 60,939.11 | 55,460.26 | 90,042.60 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|
| CASUALTY | YES (X) NO ( ) | 6/15/2010 | |
| LIABILITY | YES (X) NO ( ) | 7/1/2010 | |
| VEHICLE | YES (X) NO ( ) | Monthly | |
| WORKER'S | YES ( ) NO ( ) | | |
| OTHER | YES ( ) NO ( ) | | |

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | Yes   No X |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes X  No |
| Have any pre-petition liabilities been paid? | Yes   No X |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | Yes X  No |
| Were any assets disposed of outside the normal course of business? | Yes   No X |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes X  No |
| What is the status of your Plan of Reorganization? | Being Developed |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _[signature]_   TITLE: _Chapter 11 Trustee_
(ORIGINAL SIGNATURE)

Loretta Cross
(PRINT NAME OF SIGNATORY)

DATE  8/27/2009

| | |
|---|---|
| ATTORNEY NAME: | S. Margie Venus |
| FIRM NAME: | Strong Pipkin Bissell & Ledyard, L.L.P. |
| ADDRESS: | 1301 McKinney, Suite 2100 |
| CITY, STATE, ZIP: | Houston, TX 77010 |
| TELEPHONE/FAX: | 713.210.5030 |

MOR-1   Revised 07/01/98

Note: The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the anlysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | 5/15/2009* Amended | 5/31/2009 Amended | Jun-09 Amended | Jul-09 Amended | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 82,000.92 | 95,671.26 | 121,985.64 | 107,171.20 | | | |
| Accounts Receivable, Net | 130,631.38 | 142,145.14 | 196,065.35 | 199,797.17 | | | |
| Inventory: Lower of Cost or Market[1] | 407,450.85 | 400,090.06 | 166,749.46 | 169,011.36 | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other[2] | 1,220,108.19 | 1,220,108.19 | 1,217,922.11 | 1,226,842.87 | | | |
| TOTAL CURRENT ASSETS | 1,840,191.34 | 1,858,014.65 | 1,702,722.56 | 1,702,822.60 | | | |
| PROPERTY, PLANT & EQUIP. @ COST | 235,085.86 | 235,085.86 | 235,085.86 | 235,409.53 | | | |
| Less Accumulated Depreciation | 108,796.00 | 108,796.00 | 108,796.00 | 108,796.00 | | | |
| NET BOOK VALUE OF PP & E[3] | 126,289.86 | 126,289.86 | 126,289.86 | 126,613.53 | | | |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | | | |
| 2. Investments in Subsidiaries | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | |
| 3. Rent/Phone/Electric Deposit | 8,995.84 | 8,995.84 | 8,995.84 | 8,995.84 | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $2,001,477.04 | $2,019,300.35 | $1,864,008.26 | $1,864,431.97 | | | |

\* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

Note:

[1] Inventory reduction in June in the amount of $238,903.64 is due to the adjustments for certain items at Blue Chip Machine associated with Blue Chip's services to RR Valve that are not subject to existing purchase orders.

[2] Other assets include related party receivables with either directly owned subsidiaries or sister companies in the amount of $1,215,561.82. These amounts may not be collectable.

[3] Property, plant, and equipment has not been depreciated since 6/30/2007. The company is in the process of updating the depreciation schedule. Once this analysis is completed adjustments will be made.

The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the analysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES AND OWNERS EQUITY | 5/15/2009* Amended | May-09 Amended | Jun-09 Amended | Jul-09 Amended | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 10,969.17 | 48,249.41 | 43,734.14 | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 27,000.00 | 27,000.00 | 27,000.00 | 27,000.00 | | | |
| Priority Debt | -9.85 | -9.85 | -9.85 | -9.85 | | | |
| Federal Income Tax[1] | 190,747.00 | 190,747.00 | 190,747.00 | 190,747.00 | | | |
| FICA/Withholding | 6,386.13 | 6,386.13 | 190,747.00 | | | | |
| Unsecured Debt[2] | 121,723.63 | 123,243.52 | 120,583.49 | 120,583.49 | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES[3] | 345,846.91 | 347,366.80 | 338,320.64 | 338,320.64 | | | |
| **TOTAL LIABILITIES** | 345,846.91 | 358,335.97 | 386,570.05 | 382,054.78 | | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 1,654,630.13 | 1,654,630.13 | 1,654,630.13 | 1,654,630.13 | | | |
| RETAINED EARNINGS: Post Filing Date | | 5,334.25 | -178,191.92 | -173,252.94 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,655,630.13 | 1,660,964.38 | 1,477,438.21 | 1,482,377.19 | | | |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,001,477.04 | $2,019,300.35 | $1,864,008.26 | $1,864,431.97 | | | |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

Note:

[1] Company is in the proces of filing tax returns for the fiscal years ending 6/30/2008 and 6/30/2009. The liabilities or assets associated with these returns are not included in these balances. The company will record these amounts as soon as the analysis is completed.

[2] Credit issued on estimated tripple net expenses related to the lease when the actual accounting for the proior year was completed.

[3] Pre-petition liabilities may be adjusted subject to further investigation of pre-petition claims including insider claims

The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the analysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

## SCHEDULE OF POST-PETITION LIABILITIES

| LIABILITIES & OWNER'S EQUITY | May-09 Amended | Jun-09 Amended | Jul-09 Amended | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | 9,923.78 | 41,945.56 | 40,987.88 | | | |
| Federal Payroll Taxes | | 3,237.92 | 653.74 | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | -10.01 | -20.02 | | | |
| TOTAL TAXES PAYABLE | 1,045.39 | 3,227.91 | 633.72 | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | 236.71 | 468.04 | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Galleria | | 1,850.13 | 655.40 | | | |
| 2. RR Racing | | 989.10 | 989.10 | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $10,969.17 | $48,249.41 | $43,734.14 | | | |

*Payment requires Court Approval

MOR-4

Note: The quantiative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the anlysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

Revised 07/01/98

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH JULY 2009

### AGING OF POST-PETITION LIABILITIES

MONTH Jul-09  Amended

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER LIABILITIES |
|---|---|---|---|---|---|---|
| 0-30 | 43,452.44 | 40,932.88 | 653.74 | | -10.01 | 1,875.83 |
| 31-60 | 281.70 | 55.00 | | | -10.01 | 236.71 |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $43,734.14 | $40,987.88 | $653.74 | $0.00 | ($20.02) | $2,112.54 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | May 2009 | June 2009 | July 2009 |
|---|---|---|---|
| 0-30 DAYS | 34,473.34 | 129,628.52 | 182,790.53 [1] |
| 31-60 DAYS | 74,664.30 | 31,395.43 | (106.74) |
| 61-90 DAYS | 37,719.80 | 3,577.72 | |
| 91+ DAYS | (4,712.30) | 31,463.68 | 17,113.38 |
| TOTAL | $142,145.14 | $196,065.35 | $199,797.17 |

MOR-5   Revised 07/01/98

Note:

1 Checks in the amount of $8481.05 were received on 7/31/2009. They were applied to accounts recievable and recorded as other assets until deposited in the bank on 8/3/2009.

The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the anlysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

## STATEMENT OF INCOME (LOSS)

| | MONTH<br>May 1 - 15, 2009<br>Amended | MONTH<br>May 16-31, 2009<br>Amended | MONTH<br>Jun-09<br>Amended | MONTH<br>Jul-09<br>Amended | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 1,041.76 | 33,431.58 | 130,156.34 | 87,441.04 | | | | 252,070.72 |
| TOTAL COST OF REVENUES | 6,701.19 | 10,273.38 | 276,861.96 | 15,004.21 | | | | 308,840.74 |
| GROSS PROFIT | -5,659.43 | 23,158.20 | -146,705.62 | 72,436.83 | | | | -56,770.02 |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 6,542.50 | 46.03 | 329.89 | 24,000.00 | | | | 30,918.42 |
| General & Administrative | 9,439.84 | 6,219.54 | 4,186.36 | 23,364.15 | | | | 43,209.89 |
| Insiders Compensation | 19,642.39 | 8,000.00 | 21,448.45 | 6,000.00 | | | | 55,090.84 |
| Professional Fees | 11,330.00 | 0.00 | 3,730.53 | 1,197.33 | | | | 16,257.86 |
| Other Contract Labor | 5,329.57 | 3,558.38 | 6,888.61 | 12,053.80 | | | | 27,830.36 |
| Other | | | | 650.00 | | | | 650.00 |
| TOTAL OPERATING EXPENSES | 52,284.30 | 17,823.95 | 36,583.84 | 67,265.28 | | | | 173,957.37 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -57,943.73 | 5,334.25 | -183,289.46 | 5,171.55 | | | | -230,727.39 |
| INTEREST EXPENSE | | | 236.71 | 232.57 | | | | 469.28 |
| DEPRECIATION | | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | | 0.00 |
| NET INCOME BEFORE TAXES | -57,943.73 | 5,334.25 | -183,526.17 | 4,938.98 | | | | -230,727.39 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| NET INCOME (LOSS)¹ (MOR-1) | ($57,943.73) | $5,334.25 | ($183,526.17) | $4,938.98 | | | | ($230,727.39) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

¹ Net loss in June results soley from the inventory reduction due to adjustment for certain items at Blue Chip Machine associated with Blue Chip's services to RR Valve that are not subject to existing purchase orders.

Note: The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the analysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

MOR-6                                          Revised 07/01/98

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

| CASH RECEIPTS AND DISBURSEMENTS | Amended May 1 - 15, 2009 | Amended May 16 - 31, 2009 | Amended Jun-09 | Amended Jul-09 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| RECEIPTS: | | | | | | | | |
| 1. CASH-BEGINNING OF MONTH | $68,400.77 | $82,000.92 | $95,671.26 | $121,985.64 | | | | $68,400.77 |
| 2. CASH SALES | | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 39,291.78 | 21,917.82 | 76,338.44 | 75,228.16 | | | | 212,776.20 |
| 4. LOANS & ADVANCES (attach list) | 27,000.00 | | 3,068.28 | | | | | 30,068.28 |
| 5. SALE OF ASSETS | | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | 2,367.92 | | | | | 2,367.92 |
| TOTAL RECEIPTS** | 66,291.78 | 21,917.82 | 81,774.64 | 75,228.16 | | | | 245,212.40 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | |
| 7. NET PAYROLL | | | 1,323.26 | 3,957.00 | | | | 5,280.26 |
| 8. PAYROLL TAXES PAID | | | 6,722.07 | 6,990.01 | | | | 13,712.08 |
| 9. SALES, USE & OTHER TAXES PAID | | | -4.47 | 244.70 | | | | 240.23 |
| 10. SECURED/RENTAL/LEASES | 6,035.84 | | 4,355.81 | 12,199.24 | | | | 22,590.89 |
| 11. UTILITIES & TELEPHONE | 680.22 | | 4,482.67 | 1,142.71 | | | | 6,305.60 |
| 12. INSURANCE | | | 90.55 | 4,269.42 | | | | 4,359.97 |
| 13. INVENTORY PURCHASES | 1,080.00 | | 5,957.16 | 35,329.54 | | | | 42,366.70 |
| 14. VEHICLE EXPENSES | | | 69.05 | 170.37 | | | | 239.42 |
| 15. TRAVEL & ENTERTAINMENT | 86.03 | | 256.25 | 2,426.34 | | | | 2,768.62 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 1,029.21 | | 1,029.67 | 169.35 | | | | 2,228.23 |
| 17. ADMINISTRATIVE & SELLING | 6,320.63 | 247.48 | 15.91 | 6,884.00 | | | | 13,468.02 |
| 18. OTHER (attach list) | 28,459.70 | 8,000.00 | 27,431.80 | 14,200.09 | | | | 78,091.59 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 43,691.63 | 8,247.48 | 51,729.73 | 87,982.77 | | | | 191,651.61 |
| 19. PROFESSIONAL FEES | 9,000.00 | | 3,730.53 | 1,409.83 | | | | 14,140.36 |
| 20. U.S. TRUSTEE FEES | | | | 650.00 | | | | 650.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 52,691.63 | 8,247.48 | 55,460.26 | 90,042.60 | | | | 206,441.97 |
| 22. NET CASH FLOW | 13,600.15 | 13,670.34 | 26,314.38 | -14,814.44 | | | | 38,770.43 |
| 23. CASH - END OF MONTH (MOR-2) | $82,000.92 | $95,671.26 | $121,985.64 | $107,171.20 | | | | $107,171.20 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Note: The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the anlysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

Revised 07/01/98

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

# CASH ACCOUNT RECONCILIATION

MONTHLY OPERATING REPORT SUMMARY FOR MONTH JULY 2009

MONTH OF Jul-09  Amended

| | | | | | | |
|---|---|---|---|---|---|---|
| BANK NAME | Chase 0072 | Chase 0189 | Chase 0809 | Petty Cash | | Clearing |
| ACCOUNT NUMBER | | | | # | # | |
| *ACCOUNT TYPE* | *Operating* | *Deposit* | *Operating* | | *MMA* | *Total* |
| BANK BALANCE | 116,360.52 | 1,376.33 | 500.00 | 1,517.66 | 1,000.00 | $120,754.51 |
| DEPOSITS IN TRANSIT | | | | | | $0.00 |
| OUTSTANDING CHECKS | 13,583.31 | | | | | $13,583.31 |
| ADJUSTED BANK BALANCE | $102,777.21 | $1,376.33 | $500.00 | $1,517.66 | $1,000.00 | $107,171.20 |
| BEGINNING CASH - PER BOOKS | 120,353.03 | 114.95 | | 1,517.66 | | $121,985.64 |
| RECEIPTS* | 40,921.78 | 34,306.38 | | | | $75,228.16 |
| TRANSFERS BETWEEN ACCOUNTS | 31,500.00 | -33,000.00 | 500.00 | | 1,000.00 | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 89,997.60 | 45.00 | | | | $90,042.60 |
| ENDING CASH - PER BOOKS | $102,777.21 | $1,376.33 | $500.00 | $1,517.66 | $1,000.00 | $107,171.20 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

Note: The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the analysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

CASE NAME: RR Valve Inc.
CASE NUMBER: 09-33345-H5-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

MONTHLY OPERATING REPORT SUMMARY FOR MONTH JULY 2009

Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | May-09 Amended | Jun-09 Amended | Jul-09 Amended | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. GS Lazzara Jr. | 27,642.39 | 21,448.45 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $27,642.39 | $21,448.45 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | May-09 | Jun-09 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. John H Bennett Jr. | 9,000.00 | | | | | |
| 2. BCC Business Services | | 3,730.53 | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $9,000.00 | $3,730.53 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Note: The quantitative information stated in this form has been drawn from the books and reports of the debtor's accounting system. The data in the accounting system is in process of revision based on the analysis being performed by the Trustee. This representation is the best available at this time from debtor records in their current condition and their statement here is solely the responsibility of the debtor and its management. The Trustee intends to file an amended MOR as soon as sufficiently accurate accounting records can be obtained.

Revised 07/01/98